IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 19–cv–03644–LTB–KMT

TRACY L. WORSHAM,

    Plaintiff,

v.

ALLIED INTERNATIONAL CREDIT CORP.,

    Defendant.

---

**ORDER**

---

    In accordance with the guidance from the CDC and the CDPHE, this court is attempting to minimize the need for litigants, attorneys and court personnel to gather in or near the Colorado Springs court facility. The court itself remains operational and is fully staffed by employees working remotely. Telephone conferences, however, require the physical presence of several court employees in order to record the proceedings. Therefore, the court is opting to proceed with scheduling the case deadlines without a Fed. R. Civ. P. 16 conference.

    The parties have filed a Proposed Scheduling Order [Doc. No. 15] which this court has carefully reviewed. The scheduling provisions agreed upon by the parties[1] are acceptable to the

---

[1] Any provisions that were proposed by one party and not specifically agreed to by the other parties, nor specifically addressed and decided by the court are deemed disputed and not adopted by the court at this time.

court with one exception.  The court has added a limitation of twenty-five (25) interrogatories, twenty-five (25) requests for production of documents and twenty-five (25) requests for admission for each side.   In all other respects, the proposed Scheduling Order is adopted.

**ORDERED:The Scheduling Conference now set for March 23, 2020 at 11:45 a.m. is VACATED**.

**ORDERED: A Telephonic Final Pretrial Conference is set for January 11, 2021 at 10:00 a.m. before Magistrate Judge Kathleen M. Tafoya. The parties shall initiate a conference call and contact chambers at 719-575-0328 at the scheduled time. The parties are further directed to use a LAND LINE; NO CELLULAR, CORDLESS OR SPEAKER PHONES ARE PERMITTED. A proposed Final Pretrial Order shall be prepared by the parties and filed with the court no later than January 4, 2021.**

A Trial Preparation Conference and trial dates will be set by Senior District Judge Lewis T. Babcock.   The parties anticipate a 2-3 day jury trial.

Dated March 16, 2020.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge