IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03644-LTB

TRACY L. WORSHAM,

   Plaintiff,

v.

ALLIED INTERNATIONAL CREDIT CORP.,

   Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, TRACY L. WORSHAM and the Defendant ALLIED INTERNATIONAL CREDIT CORP., through their respective counsel that the above-captioned action is dismissed, with prejudice as to Defendant ALLIED INTERNATIONAL CREDIT CORP., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

| | |
|---|---|
| Dated: April 6, 2020 | Respectfully Submitted, |
| TRACY L. WORSHAM | ALLIED INTERNATIONAL CREDIT CORP. |
| */s/ Mohammed O. Badwan* | */s/ Eugene X. Martin (with consent)* |
| Mohammed O. Badwan | Eugene X. Martin |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD. | Malone Frost Martin PLLC |
| 2500 S. Highland Ave., Ste. 200 | Northpark Central, Suite 1850 |
| Lombard, Illinois 60148 | 8750 North Central Expressway |
| Phone: (630) 575-8181 | Dallas, Texas 75231 |
| mbadwan@sulaimanlaw.com | Phone: (214) 346-2628 |
| | xmartin@mamlaw.com |