**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 19-cv-03644-LTB-KMT

TRACY L. WORSHAM,

      Plaintiff,

v.

ALLIED INTERNATIONAL CREDIT CORP.,

      Defendant.

**ORDER**

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 18 - filed May 1, 2020), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                               BY THE COURT:

                                               s/Lewis T. Babcock
                                               Lewis T. Babcock, Judge

DATED: May 4, 2020